IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA GREEN, | No. C 11-0059 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| WALTER MILLER, | |
| Respondent. | |

Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is a duplicate copy of a petition filed by petitioner that was used to open an earlier case, *Green v. Miller*, No. C 11-0054 JSW (PR). There is no need to have two cases open to resolve a single petition. Consequently, the instant action will is DISMISSED, and Petitioner's claims will be considered in her earlier case.

IT IS SO ORDERED.

DATED: February 15, 2011

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA GREEN,<br><br>    Plaintiff,<br><br> v.<br><br>WALTER MILLER et al,<br><br>    Defendant._____/ | Case Number: CV11-00059 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ayanna Green
W-75617
B2-03-01
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: February 15, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California